IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELADIO CELESTINO,

    Plaintiff,

v.

RENAL ADVANTAGE INC., et al.,

    Defendants.
                                                             /

No. C 06-07788 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on March 16, 2007 on Plaintiff's motion to remand. The Court HEREBY ORDERS that Defendants' opposition brief to this motion shall be due by Friday, February 2, 2007 and Plaintiff's reply brief shall be due by Friday, February 9, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 18, 2007

                                                                                    *Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE