1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ELADIO CELESTINO,

10          Plaintiff,                          No. C 06-07788 JSW

11    v.

12    RENAL ADVANTAGE INC., et al.,             **ORDER VACATING HEARING**

13          Defendants.

14    _____/

15          The Plaintiff's motion to remand is currently set for hearing on Friday, March 16, 2007

16    at 9:00 a.m.  This matter is now fully briefed and ripe for decision.  The Court finds that this

17    matter is appropriate for disposition without oral argument and the matter is deemed submitted.

18    *See* Civ. L.R. 7-1(b).  Accordingly, the hearing set for March 16, 2007 is VACATED.

19          **IT IS SO ORDERED.**

20

21    Dated: March 9, 2007                      _____
                                                JEFFREY S. WHITE
22                                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California