Raymond E. Hane III (SBN 149960)
rhane@wallerlaw.com
Kristen Morse Lee (SBN 239464)
kristen.morse@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS, LLP
520 S. Grand Avenue, Suite 800
Los Angeles, California 90071
Telephone: (213) 362-3680
Facsimile: (213) 362-3679

Attorneys for Defendant Renal Advantage Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| ELADIO CELESTINO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RENAL ADVANTAGE INC., RAI-SAN LEANDRO, and DOES 1 through 200, inclusive,<br><br>　　　　　Defendants. | Case No. C 06-07788 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>**DEFENDANT RENAL ADVANTAGE INC.'S EMERGENCY REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>State Complaint Filed: August 15, 2006<br>Trial Date:　　　None |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

　　　　The above-captioned case is currently set for a Case Management Conference on April 27, 2007 at 1:30 p.m. Counsel for Defendant Renal Advantage Inc., Raymond E. Hane, III, was scheduled to fly from the Los Angeles area to the San Francisco area on the morning of April 27, 2007; however, he was subsequently bumped from his scheduled flight. The next flight with available seating is scheduled to arrive in the San Francisco area after 2:15 p.m. on August 27, 2007. Defense counsel hereby respectfully requests permission to appear telephonically at the Case Management Conference. Defense counsel can be reached at (310) 953-9376 (a landline).

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: April 27, 2007 | WALLER LANSDEN DORTCH & DAVIS, LLP |
| 2 | | |
| 3 | | By: /s/ Kristen Morse Lee |
| 4 | | Kristen Morse Lee<br>Attorneys for Defendant |
| 5 | | Renal Advantage Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| ELADIO CELESTINO,<br><br>   Plaintiff,<br><br>vs.<br><br>RENAL ADVANTAGE INC., RAI-SAN LEANDRO, and DOES 1 through 200, inclusive,<br><br>   Defendants. | Case No. C 06-07788 JSW<br><br>Judge: Hon. Jeffrey S. White<br><br>**PROPOSED ORDER**<br><br>State Complaint Filed: August 15, 2006<br>Trial Date:  None |

Having considered the parties' papers and evidence and good cause shown, IT IS HEREBY ORDERED that defense counsel may appear telephonically at the Case Management Conference scheduled for April 27, 2007, at 1:30 p.m., in the above-referenced Court.

Dated: April 27, 2007

              */s/ Jeffrey S. White*
              Hon. Jeffrey S. White
              Judge, United States District Court

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 520 S. Grand Avenue, Suite 800, Los Angeles, California 90071.

On April 27, 2007, I served on the interested parties in said action the within:

DEFENDANT RENAL ADVANTAGE INC.'S EMERGENCY REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE

PROPOSED ORDER

by placing a true copy thereof in a sealed envelope(s) addressed as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Frank P. Sarro
225 Bush Street, 16th Floor
San Francisco, CA 94104
(415) 439-8833 (fax)

Attorney for Plaintiff

[X] (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 27, 2007, at Los Angeles, California.

Michelle D. Irick
(Type or print name)     (Signature)