United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ELADIO CELESTINO,

10              Plaintiff,                    No. C 06-07788 JSW

11       v.

12   RENAL ADVANTAGE INC., et al.,        **ORDER REFERRING CASE TO
                                          MAGISTRATE JUDGE FOR ALL
13              Defendants.               PURPOSES**
     _____/

14

15          Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this

16   matter is HEREBY REFERRED to one of the following magistrate judges for all further

17   proceedings:  Magistrate Judge Wayne Brazil, Magistrate Judge Edward Chen, Magistrate

18   Judge James Larson, Magistrate Judge Joseph C. Spero, or Magistrate Judge Bernard

19   Zimmerman.

20          **IT IS SO ORDERED.**

21

22   Dated: May 10, 2007

23                                        _____
                                          JEFFREY S. WHITE
24                                        UNITED STATES DISTRICT JUDGE

25   cc:    Wings Hom

26

27

28