1  Frank P. Sarro (State Bar No. 129780)
   225 Bush Street, 16th Floor
2  San Francisco, CA 94104
   Telephone: (415) 439-8877
3  Facsimile: (415) 439-8833

4  Attorney for Plaintiff
   ELADIO CELESTINO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO CELESTINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENAL ADVANTAGE INC., et al.,<br><br>　　　　Defendants. | CASE NO. C 06 07788 JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**HONORABLE JAMES LARSON** |

The parties, having reached a confidential settlement, request that the Court dismiss this entire action with prejudice.

Dated: July 23, 2007

FRANK P. SARRO

*/s/ Frank P. Sarro*
Attorney for Plaintiff Eladio Celestino

Dated: July 27, 2007

WALLER LANSDEN DORTCH & DAVIS, LLP

By */s/ Kristen M. Lee*
KRISTEN MORSE LEE
Attorneys for Defendant Renal Advantage Inc.

| | |
|---|---|
| 1 | Upon request of the parties, who have reached a confidential settlement, the |
| 2 | Court orders that this entire action be dismissed with prejudice. Each side shall bear |
| 3 | its own costs and attorney's fees. |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: August 1, 2007 , 2007 |
| 6 | *[signature]* |
| 7 | HONORABLE JAMES LARSON<br>UNITED STATES DISTRICT MAGISTRATE JUDGE<br>NORTHERN DISTRICT OF CALIFORNIA |